BARRY Z. BRODKSY 93565
JULIE M. WEBER 137555
**KAUFMAN DOLOWICH & VOLUCK LLP**
11755 Wilshire Boulevard, Suite 2400
Los Angeles, California 90025
Telephone: (310) 775-6511
Facsimile: (310) 525-9720
Email: bbrodsky@kdvlaw.com
Email: jweber@kdvlaw.com

Attorneys for Defendant
INSPERITY SUPPORT SERVICES, L.P.,
a Delaware Limited Partnership

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ROBERT KELLER an individual,<br><br>Plaintiff,<br><br>vs.<br><br>INSPERITY, INSPERITY SUPPORT SERVICE, L.P.; and DOES 1-100, Inclusive<br><br>Defendants, | **Case No. 8:18-cv-01500-JVS-DFM**<br>[Judge James V. Selna]<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Courtroom: 10C<br><br>Complaint Filed: April 25, 2018 |

Pursuant to the parties' concurrently filed STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE and good cause appearing therefore,

IT IS HERBY ORDERED that this entire action be dismissed with prejudice, based on the settlement reached by the Parties. Each side to bear their own costs and attorney's fees.

Dated: __October 04, 2018__    _____
James V. Selna
Judge of the United State District Court
Central District of California
Southern Division